**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
e-mail: vshjah@aol.com

Attorney for Defendant                                        OK/HAV
**JAIME RUIZ-ESTRELLA**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, | CR-S-04-0305 DFL |
| Plaintiff, | **ORDER** |
| v. | |
| **JAIME RUIZ-ESTRELLA**, et al. | |
| Defendants. | |

GOOD CAUSE APPEARING, and based upon the stipulation of the parties,

IT IS HEREBY ORDERED that the previously established briefing and motion hearing schedule herein is vacated. The following briefing schedule and motion hearing date are hereby established, and time is excluded from June 30, 2005, until July 14, 2005:

- Defense moving papers:   May 26, 2005
- Government opposition:   June 23, 2005
- Defense reply:   July 7, 2005
- Non-evidentiary hearing:   July 14, 2005

DATE: 5/6/2005                   _____/s/ David F. Levi_____
                                 HON. DAVID F. LEVI
                                 Chief United States District Judge