**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
*e-mail: vshjah@aol.com*
Attorney for Defendant
**JAIME RUIZ-ESTRELLA**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) ) ) | CR-S-04-0305 DFL |
| Plaintiff, ) ) | **ORDER** |
| v. ) ) | |
| **JAIME RUIZ-ESTRELLA**, et al. ) ) | |
| Defendants. ) _____ ) | |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the status conference scheduled herein for July 14, 2005, shall be vacated, and that a briefing schedule and motion hearing date shall be established, as follows:

- Defense moving papers: July 25, 2005
- Government opposition: August 18, 2005
- Defense reply: August 25, 2005
- Non-evidentiary hearing: September 1, 2005 at 10:00 a.m.

Time is excluded until September 1, 2005, for the reasons specified in the stipulation.

DATE: 7/11/ 2005                          /s/ David F. Levi
                                                                           HON. DAVID F. LEVI
                                                                            Chief United States District Judge