```
McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744                    OK/HAV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. CR-S-04-305 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND [proposed] |
| ) | ORDER |
| v. ) | |
| ) | |
| JAIME RUIZ-ESTRELLA, et al., ) | Date: February 16, 2006 |
| ) | Time: 10:00 a.m. |
| Defendants. ) | Ctrm: Hon. David F. Levi |
| ) | |

It is hereby requested and stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and the defendants in this case, by and through their counsel, that the status conference originally scheduled for September 22, 2005, be vacated, and that the following dates be set for trial confirmation hearing and jury trial:

Trial Confirmation Hearing: February 16, 2006 at 10:00 a.m.

Jury Trial: February 27, 2006 at 8:30 a.m.

All parties are in agreement with these dates and all parties are in agreement that the Court's previous finding that this case

1

is complex continues to be appropriate and that time should continue to be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) (Local Code T2) through February 27, 2006.  To date, the United States has produced over 4,000 documents as well as multiple cassette tapes and compact disks.  This case involves multiple defendants and a wiretap.

DATED: September 21, 2005        /s/ Philip Ferrari for
                                 VICTOR /S/ HALTOM, ESQ.
                                 Attorney for Defendant
                                 JAIME RUIZ-ESTRELLA

DATED: September 21, 2005        /s/ Philip Ferrari for
                                 J. TONEY, ESQ.
                                 Attorney for Defendant
                                 GEORGE GALVAN

DATED: September 21, 2005        /s/ Philip Ferrari for
                                 ROSEANN TORRES, ESQ.
                                 Attorney for Defendant
                                 AMADO ESTEVEZ, JR.

DATED: September 21, 2005        /s/ Philip Ferrari for
                                 SHARI RUSK, ESQ.
                                 Attorney for Defendant
                                 MARTIN ISAIS

DATED: September 21, 2005        /s/ Philip Ferrari for
                                 CLARENCE EMMETT MAHLE, ESQ.
                                 Attorney for Defendant
                                 HERNAN ISAIS

DATED: September 21, 2005        /s/ Philip Ferrari for
                                 MICHAEL BIGELOW, ESQ.
                                 Attorney for Defendant
                                 ROBERT FLORES

DATED: September 21, 2005        /s/ Philip Ferrari for
                                 DWIGHT SAMUEL, ESQ.
                                 Attorney for Defendant
                                 J. ADRIANA BARAJAS

DATED: September 21, 2005          McGREGOR W. SCOTT
                                   United States Attorney

                             By:   /s/ Philip A. Ferrari
                                   PHILIP A. FERRARI
                                   Assistant U.S. Attorney

    Therefore, **IT IS HEREBY ORDERED** that:

    1.   The Status Conference currently set for September 22, 2005, is hereby vacated.

    2.   A trial confirmation hearing is hereby set for February 16, 2006, at 10:00 a.m.  Jury trial is hereby set to commence on February 27, 2006, at 8:30 a.m.

    3.   Based upon the above representations and stipulation of the parties, the court finds that this case is complex within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii) and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded from September 22, 2005 up to and through February 27, 2006 pursuant to local code T2.

    **IT IS SO ORDERED.**

Dated: 9/26/2005

                                                _/s/ David F. Levi_
                                               DAVID F. LEVI
                                               United States District Judge